IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VOXPATH RS, LLC, § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 2:10-cv-00160(DF) |
| vs. § | |
| § | |
| LG ELECTRONICS U.S.A., INC., et al, § | |
| Defendants; § | |

ORDER ON AGREED MOTION TO
TO AMEND THE DOCKET CONTROL ORDER REGARDING DEFENDANTS'
PATENT L.R. 3-3 AND 3-4(b) DISCLOSURES

This Court, having considered the parties' Agreed Motion to Amend the Docket Control Order, hereby GRANTS the following:

The deadline for Defendants to serve invalidity contentions and to make their document production pursuant to Patent L.R.s 3-3 and 3-4(b) is hereby extended to January 13, 2012 and the Docket Control Order is amended as follows:

| Event | Date |
|---|---|
| Defendants serve Invalidity Contentions and make Document Production Pursuant to Patent L.R.s 3-3 and 3-4(b) | 1/13/2012 |

**So ORDERED and SIGNED this 6th day of January, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE