

**LERNER DAVID LITTENBERG KRUMHOLZ & MENTLIK LLP**

600 SOUTH AVENUE WEST • WESTFIELD, NEW JERSEY 07090
908.654.5000 • FAX 908.654.7866 • WWW.LDLKM.COM

PATENTS, TRADEMARKS, COPYRIGHTS & UNFAIR COMPETITION

Gregory S. Gewirtz
908.518.6343
ggewirtz@ldlkm.com

April 3, 2012

**VIA FEDERAL EXPRESS**
The Honorable Joseph A. Dickson
United States District Court
Martin Luther King Federal Building &
 U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

     Re: SONY 6.0-027
       *VoxPath RS, LLC v. LG Elecs. U.S.A., Inc. et al.*
       Case No.: 2:10-cv-00160-DF

Dear Judge Dickson:

  We represent defendants Sony Corporation of America, Sony Computer Entertainment America LLC, Sony Electronics Inc., Sony Corporation and Sony Computer Entertainment Inc. in the above-noted action. Enclosed please find a courtesy copy of the following documents, which have been electronically filed with the Court:

  1. DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION TO STRIKE VOXPATH'S INFRINGEMENT CONTENTIONS;

  2. DECLARATION OF GREGORY S. GEWIRTZ IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE VOXPATH'S INFRINGEMENT CONTENTIONS, along with Exhibits 1 through 10;

  3. [Proposed] ORDER; and

  4. CERTIFICATE OF SERVICE, indicating service of same on adversary counsel.

          Respectfully submitted,

          LERNER, DAVID, LITTENBERG,
           KRUMHOLZ & MENTLIK, LLP
          *Attorneys for Defendants Sony Corporation of America, Sony Computer Entertainment America LLC, Sony Electronics Inc., Sony Corporation and Sony Computer Entertainment Inc.*

          *Gregory S. Gewirtz /s/xxx*
          GREGORY S. GEWIRTZ

GSG/cmc
Enclosures
cc: All Counsel of Record (w/o encl.)

1692188_1.doc