# ROBINSON, WETTRE & MILLER LLC

ATTORNEYS AT LAW
ONE NEWARK CENTER, 19TH FLOOR
NEWARK, NEW JERSEY 07102
(973) 690-5400
FAX: (973) 466-2760
www.rwmlegal.com

May 31, 2012

**Via ECF and Facsimile**
Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
MLK, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

    Re:    *VoxPath RS, LLC v. LG Electronics U.S.A., Inc., LG Electronics Inc., et al.*
             Civil Action No. 12-952-DMC-JAD

Dear Judge Dickson:

    This Firm, along with Rothwell, Figg, Ernst & Manbeck, P.C., represents Defendants LG Electronics U.S.A., Inc. and LG Electronics Inc. ("LGE Defendants"). Counsel for Plaintiff VoxPath RS, LLC consents to this request for a slight adjustment to dates in the Court's Pretrial Scheduling Order (ECF No. 294) regarding our clients' accused products as well as accused products that they supplied to defendants, namely, Best Buy Co., Inc.; Bestbuy.com, LLC; Best Buy Stores, L.P.; Best Buy Enterprise Services, Inc.; JVC Americas Corp.; and JVC Kenwood Corporation.

    VoxPath has courteously agreed to change the date for our Non-infringement Disclosures related to these accused products pursuant to L.Pat.R. 3.2A (Order, ¶8.b) by an additional thirty (30) days from June 1, 2012 to July 2, 2012. This adjustment would not affect any other dates in the Court's Order. If this slight adjustment is acceptable to the Court, we ask that Your Honor "so order" this letter and have it entered on the docket.

    We appreciate the Court's consideration of this request.

                                  Sincerely,

                                  *s/Donald A. Robinson*
                                  Donald A. Robinson

DAR:rme
CC:    All counsel of record (via ECF)

SO ORDERED THIS 1st DAY OF June, 2012

_____
Joseph A. Dickson, U.S.M.J.