NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VOXPATH RS, LLC, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 2:12-cv-952 (DMC-MF) |
| LG ELECTRONICS U.S.A., INC.; et al Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court on motion by Defendants Desay A&V Science and Technology Co., Ltd., Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Electronics Inc., Sony Corporation, Onkyo U.S.A. Corporation, Onkyo Corporation[1] ("Defendants") to strike Plaintiff Voxpath RS, LLC's ("Voxpath") Infringement Contentions. (March 30, 2012, ECF No. 268). Oral argument was not heard pursuant to FED R. CIV. P. 78. Upon careful consideration of the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this _18_ day of November, 2012;

**ORDERED** that Defendant's Motion to Strike VoxPath's infringement as to the charted '530

---

[1] The other moving Defendants Best Buy Co., Inc., Best Buy Stores, L.P., Best Buy Enterprise Services, Inc., BestBuy.com, LLC, LG Electronics U.S.A., Inc., and LG Electronics, Inc., LG Electronics U.S.A., Inc., JVC Americas Corp, and JVC Kenwood Corp., have filed stipulations for dismissal as to all claims between themselves and Plaintiff VoxPath.


products is **denied**; and it is further;

  **ORDERED** Defendant's Motion to Strike the uncharted products is **granted** without leave to amend.

               _____
               Dennis M. Cavanaugh, U.S.D.J.

Orig.:  Clerk
cc:   All Counsel of Record
    Hon. Joseph A. Dickson, U.S.M.J.
    File