**LITE DEPALMA GREENBERG, LLC**
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
mpatunas@litedepalma.com
mtarantino@litedepalma.com

**RUSS, AUGUST & KABAT**
Marc A. Fenster
Alexander C.D. Giza
Andrew D. Weiss
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
aweiss@raklaw.com
mfenster@raklaw.com
agiza@raklaw.com

*Attorneys for Plaintiff VoxPath RS, LLC*

**STARR, GERN, DAVISON & RUBIN, P.C.**
Nicholas Stevens
Starr, Gern, Davison & Rubin, P.C.
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 403-9200
Facsimile: (973) 226-0031
nstevens@starrgern.com

**RENNER, OTTO, BOISSELLE & SKLAR, LLP**
Todd R. Tucker
Nicholas J. Gingo
1621 Euclid Ave.
19th Floor
Cleveland, OH 44115
Telephone: (216) 621-1113
Facsimile: (216) 621-6165
ttucker@rennerotto.com
ngingo@rennerotto.com

*Attorneys for Defendants/Counter-Claimants Onkyo U.S.A. Corporation and Onkyo Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VOXPATH RS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC., et al.,<br><br>      Defendants. | Civil Action No. 2:12-cv-00952 |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

1

The plaintiff VoxPath RS, LLC and defendants Onkyo U.S.A. Corporation and Onkyo Corporation, and pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated December 31, 2012, with each party to bear its own costs, expenses and attorneys' fees.

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff VoxPath RS, LLC and defendants Onkyo U.S.A. Corporation and Onkyo Corporation in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff VoxPath RS, LLC and defendants Onkyo U.S.A. Corporation and Onkyo Corporation, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated December 31, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: March 5, 2013

/s/Nicholas Stevens
**STARR, GERN, DAVISON & RUBIN, P.C.**
Nicholas Stevens
Starr, Gern, Davison & Rubin, P.C.
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 403-9200
Facsimile: (973) 226-0031
nstevens@starrgern.com

**RENNER, OTTO, BOISSELLE & SKLAR, LLP**

2

Todd R. Tucker
Nicholas J. Gingo
1621 Euclid Ave.
19th Floor
Cleveland, OH 44115
Telephone: (216) 621-1113
Facsimile: (216) 621-6165
ttucker@rennerotto.com
ngingo@rennerotto.com

*Attorneys for Defendants/Counter-Claimants Onkyo U.S.A. Corporation and Onkyo Corporation*

/s/ Michael E. Patunas
**LITE DEPALMA GREENBERG, LLC**
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
mpatunas@litedepalma.com
mtarantino@litedepalma.com

**RUSS, AUGUST & KABAT**
Marc A. Fenster
Alexander C.D. Giza
Andrew D. Weiss
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
aweiss@raklaw.com
mfenster@raklaw.com
agiza@raklaw.com

*Attorneys for Plaintiff VoxPath RS, LLC*

SO ORDERED this 25 day of March 2013

Hon. Dennis M. Cavanaugh, U.S.D.J.

SO ORDERED:
DENNIS M. CAVANAUGH, U.S.D.J.

3