**LITE DEPALMA GREENBERG, LLC**
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, NJ  07102
Telephone:  (973) 623-3000
Facsimile:   (973) 623-0858
mpatunas@litedepalma.com
mtarantino@litedepalma.com

**RUSS, AUGUST & KABAT**
Marc A. Fenster
Alexander Chester Giza
Andrew D. Weiss
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991
aweiss@raklaw.com
mfenster@raklaw.com
agiza@raklaw.com
sthompson@raklaw.com

*Attorneys for Plaintiff VoxPath RS, LLC*

**LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP**
Gregory S. Gewirtz
Russell W. Faegenburg
Andrew T. Zidel
600 South Avenue W.
Westfield, NJ  07090
Telephone:  (908) 654-5000
Facsimile:  (908) 654-7866
GGewirtz@ldlkm.com
RFaegenburg@ldlkm.com
AZidel@ldlkm.com

*Attorneys for Defendants Sony Corporation, Sony
Corporation of America, Sony Electronics Inc., Sony
Computer Entertainment America LLC and Sony
Computer Entertainment Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VOXPATH RS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>LG ELECTRONICS U.S.A., INC., *et al.*,<br><br>        Defendants. | Civil Action No. 12-0952(DMC)(JAD)<br><br>JURY TRIAL DEMAND |

### [ ORDER OF DISMISSAL WITH PREJUDICE

400288.1

CAME ON THIS DATE for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff VoxPath RS, LLC and defendants Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Sony Computer Entertainment America LLC, and Sony Computer Entertainment Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff VoxPath RS, LLC and defendants Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Sony Computer Entertainment America LLC, and Sony Computer Entertainment Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Jan 8, 2014

_____
Dennis M. Cavanaugh
United States District Judge

400288.1